Entered on Docket Jun. 12, 2006

| | |
|---|---|
| Terrence J. Donahue<br>Eisenhower & Carlson, PLLC<br>1200 Wells Fargo Plaza<br>1201 Pacific Avenue<br>Tacoma, Washington 98402<br>Telephone: (253) 620-2519<br>Facsimile No.: (253) 620-2529 | The Honorable Paul B. Snyder<br><br>　X　FILED<br>　___LODGED<br>　___RECEIVED<br><br>June 12, 2006<br><br>MARK L. HATCHER<br>CLERK U.S. BANKRUPTCY COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA<br>_____DEPUTY |

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

SHIRLEY ATKINS,

　　　　　　　　　Debtor.

MICHAEL D. HITT, Chapter 7 Trustee for the bankruptcy estate of Shirley Atkins,

　　　　　　　　　Plaintiff,

　　v.

KYLE R. WICHERN and "JANE DOE" WICHERN, individually and as husband and wife; and MATTHEW J. RHEA and "JANE DOE" RHEA, individually and as husband and wife,

　　　　　　　　　Defendants.

NO. 05-46578

ADVERSARY NO.: 06-04109

**DEFAULT JUDGMENT**

### JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Michael D. Hitt, Chapter 7 Trustee for the bankruptcy estate of Shirley Atkins |
| 2. | Judgment Debtors: | Kyle R. Wichern ~~and "Jane Doe" Wichern~~, individually and as husband ~~and wife~~; Matthew J. Rhea ~~and "Jane Doe" Rhea~~, individually and as husband ~~and wife~~　PS |
| 3. | Principal Judgment Amount: | $20,308.76 |
| 4. | Attorney's Fees: | $   - 0 - |
| 5. | Costs: | $   - 0 - |
| 6. | Post-Judgment Interest Rate: | 28 U.S.C. § 1961 |
| 7. | Total Judgment Amount: | $20,308.76 |
| 8. | Attorney for Judgment Creditor: | Terrence J. Donahue<br>Eisenhower & Carlson, PLLC<br>1201 Pacific Avenue, Suite 1200<br>Tacoma, WA 98402<br>Telephone: (253) 572-4500 |

EX PARTE ORDER OF DEFAULT
AND DEFAULT JUDGMENT - 1

00332677.DOC

**EISENHOWER**
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Ex Parte Motion for Order of Default and Default Judgment, the Court having examined the records and pleadings on file herein, including said Motion, Affidavit of Terrence J. Donahue and Declaration of Michael D. Hitt in Support of Ex Parte Motion for Order of Default and Default Judgment, and having considered all of the pleadings, affidavits and evidence presented, finds that Defendants are in default pursuant to CR 55 for failure to appear, plead or otherwise defend the underlying Complaint, that the claim against said Defendants by Plaintiff is for a sum which can be, by computation, made certain, and that Plaintiff is entitled to a default judgment in the amount stated above; having so found, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Michael Hitt as Chapter 7 Trustee for the bankruptcy estate of Shirley Atkins, is awarded judgment against Defendants Kyle R. Wichern ~~and "Jane Doe" Wichern~~, individually and as husband ~~and wife~~, in the principal amount of $10,154.38; and it is further  *PS*

**ORDERED, ADJUDGED, AND DECREED** that Michael Hitt as Chapter 7 Trustee for the bankruptcy estate of Shirley Atkins, is awarded judgment against Defendants Matthew J. Rhea ~~and "Jane Doe" Rhea~~, individually and as husband ~~and wife~~, in the principal amount of $10,154.38.  *PS*

~~DONE IN OPEN COURT~~ T this 12th day of June, 2006.  *PS*

_Paul B. Snyder_
UNITED STATES BANKRUPTCY JUDGE

Presented by:

EISENHOWER & CARLSON, PLLC

By: /s/ Terrence J. Donahue
Terrence J. Donahue, WSBA # 15193
Of Attorneys for Plaintiff

EX PARTE ORDER OF DEFAULT
AND DEFAULT JUDGMENT - 2
00332677.DOC

**EISENHOWER**
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732