Terrence J. Donahue
Eisenhower & Carlson, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, Washington 98402
Telephone: (253) 620-2519
Facsimile No.: (253) 620-2529

The Honorable Paul B. Snyder

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>SHIRLEY ATKINS,<br><br>        Debtor.<br>MICHAEL D. HITT, Chapter 7 Trustee for the bankruptcy estate of Shirley Atkins,<br><br>        Plaintiff,<br><br>v.<br><br>KYLE R. WICHERN and "JANE DOE" WICHERN, individually and as husband and wife; and MATTHEW J. RHEA and "JANE DOE" RHEA, individually and as husband and wife,<br><br>        Defendants. | NO. 05-46578<br><br><br><br>ADVERSARY NO.: 06-04109<br><br>FULL SATISFACTION OF JUDGMENT AS TO KYLE R. WICHERN |

  The undersigned attorney for Michael D. Hitt, Chapter 7 Trustee, Plaintiff in the above-entitled action, hereby certifies that the Plaintiff's judgment heretofore entered in the above-entitled action in favor of Plaintiff and against Defendant Kyle R. Wichern on June 12, 2006, has been satisfied in full as to Kyle R. Wichern, and the Clerk of the Court is authorized to enter this satisfaction on the execution docket of the Court. The judgment remains outstanding as to Matthew J. Rhea.

  DATED this 18th day of July, 2006.

                   EISENHOWER & CARLSON, PLLC


                 By: /s/ Terrence J. Donahue
                    Terrence J. Donahue, WSBA #15193
                    Attorneys for Plaintiff

FULL SATISFACTION OF JUDGMENT AS TO KYLE R. WICHERN - 1

00335558.DOC

EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732